IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARCEIA COLEMAN,

    Petitioner,

v.

MICHAEL MEISNER,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-895-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that the petition of Garceia Coleman for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed with prejudice as barred by the governing statute of limitations.

_____     _____
Peter Oppeneer, Clerk of Court                Date: 2/8/13